FILED

07/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0348

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0348

_____

ROBERT STINCHFIELD,

     Plaintiff and Appellant,

v.

                                               O R D E R

CITY OF SIDNEY,

     Defendant and Cross-Appellant.

_____

Pursuant to Appellee and Cross-Appellant's motion for extension of time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellee and Cross-Appellant has until August 9, 2022, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2022